# DurieTangri

Joseph C. Gratz
(415) 362-6666 (main)
jgratz@durietangri.com

April 26, 2010

**VIA FAX TO 212-805-7906**

Hon. Denny Chin
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY  10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/10

Re:  *American Society of Media Photographers, et al. v. Google Inc.*, No. 10-CV-2977

Your Honor:

This office represents defendant Google Inc. in the above action.

Pursuant to Paragraph 1(E) of Your Honor's Individual Practices, I write on behalf of all parties to request an extension of time to answer or otherwise plead in response to the Complaint filed April 7, 2010. The parties request that the new date for Google to file a responsive pleading be May 21, 2010. The response is currently due on April 28, 2010. There have been no previous requests for extension of time. Counsel for plaintiffs consents to this extension of time.

Very truly yours,

Joseph C. Gratz

cc:  James J. McGuire, Esq. (via email)
     Mark A. Berube, Esq. (via email)
     Vincent Filardo, Jr., Esq. (via email)
     Julian D. Perlman, Esq. (via email)

Approved.
SO ORDERED.

USCJ
5/4/10

217 Leidesdorff Street
San Francisco, California 94111
P (415) 362-6666  F (415) 236-6300
www.durietangri.com