IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS, INC., GRAPHIC ARTISTS GUILD, PICTURE ARCHIVE COUNCIL OF AMERICA, INC., NORTH AMERICAN NATURE PHOTOGRAPHY ASSOCIATION, PROFESSIONAL PHOTOGRAPHERS OF AMERICA, LEIF SKOOGFORS, AL SATTERWHITE, MORTON BEEBE, ED KASHI, JOHN SCHMELZER, and SIMMS TABACK, on behalf of themselves and all others similarly situated, <br><br>    Plaintiffs, <br><br>v. <br><br>GOOGLE INC. <br><br>    Defendant. | Civil Action No. 10 Civ. 2977 (DC) <br><br>**ECF Case** |

**DEFEDANT GOOGLE INC.'S
NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the accompanying (a) Memorandum of Law and (b) Request for Judicial Notice dated December 22, 2011 and the exhibits thereto, Defendant Google Inc. ("Google") by its attorneys Durie Tangri LLP, will move this Court at such time as the Court may direct at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15B, New York, New York, for an order granting Google Inc.'s Motion to Dismiss.

Dated:  December 22, 2011                              Respectfully submitted,

By:   */s/ Joseph C. Gratz*
       Daralyn J. Durie (*pro hac vice*)
       ddurie@durietangri.com
       Joseph C. Gratz (*pro hac vice*)
       jgratz@durietangri.com
       DURIE TANGRI LLP
       217 Leidesdorff Street
       San Francisco, CA  94111
       Telephone:  415-362-6666
       Facsimile:  415-236-6300

       Attorneys for Defendant GOOGLE INC.