UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

THE AMERICAN SOCIETY OF MEDIA )
PHOTOGRAPHERS, INC., GRAPHIC )
ARTISTS GUILD, PICTURE ARCHIVE )
COUNCIL OF AMERICA, INC., NORTH )
AMERICAN NATURE PHOTOGRAPHY )
ASSOCIATION, PROFESSIONAL )
PHOTOGRAPHERS OF AMERICA, LEIF )
SKOOGFORS, AL SATTERWHITE, )
MORTON BEEBE, ED KASHI, JOHN )    Civil Action No. 10 CV 2977 (DC)
SCHMELZER, SIMMS TABACK, LELAND )
BOBBE, JOHN FRANCIS FICARA, and )
DAVID W. MOSER, on behalf of themselves )
and all others similarly situated, )
　 )
     Plaintiffs, )
　 )
    v. )
　 )
GOOGLE INC., )
　 )
     Defendant.


**<u>DEFENDANT GOOGLE INC.'S ANSWER TO FIRST AMENDED
COMPLAINT</u>**

Defendant Google Inc. ("Google") answers Plaintiffs' First Amended Complaint as follows:

**<u>NATURE OF THE ACTION</u>**

1.      Google admits that the First Amended Complaint purports to make claims for copyright infringement and to seek relief therefor.  Google denies the remaining allegations of this paragraph.

2.      Google admits that, among other activities, it operates an Internet search engine that, among other things, provides links to commercial and non-commercial Internet websites. Google denies the remaining allegations of this paragraph.

3.      Google admits that it has entered into agreements with several libraries (including those of the Universities of Michigan, Wisconsin, and California and Stanford University) to digitally scan and create a searchable index of the words in many books in their collections, and that it will retain a digital scan of such books.  Google admits that, through the Google Books Partner Program and related programs, publishers may request that Google host their books and periodicals.  Google denies the remaining allegations of this paragraph.

4.      Google admits that at least some of the books and periodicals included in Google Books contain photographs, illustrations, graphic art, and other images protected by copyright law.  Google admits that it has digitized and stored books provided by libraries and publishers. Google denies the remaining allegations of this paragraph.

5.      Google denies the allegations of this paragraph.

6.      Google denies the allegations of this paragraph.

7.      Google denies the allegations of this paragraph.

8. Google denies that the named plaintiffs are adequate class representatives. Google is without knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

9. Google denies the allegations of this paragraph.

10. Google denies the allegations of this paragraph.

11. This paragraph consists of legal conclusions to which no response is required. To the extent a response is deemed required, Google denies the allegations of this paragraph.

## JURISDICTION AND VENUE

12. Google admits the allegations of this paragraph.

13. Google admits the allegations of this paragraph.

14. Google admits that this Court has personal jurisdiction over Google.

15. Google admits that venue is proper in this District.

## PARTIES

## THE ASSOCIATIONAL PLAINTIFFS

16. Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

17. Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

18. Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

19. Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

20. Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

21.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

## THE INDIVIDUAL PLAINTIFFS

22.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

23.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

24.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

25.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

26.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

27.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

28.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

29.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

30.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

31.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

32.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

33.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

34.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

35.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

36.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

37.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

38.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

39.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

40.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

**<u>DEFENDANT</u>**

41.     Google admits the allegations of this paragraph.

42.     Google admits that it operates a large Internet search engine, and that it receives revenue from advertising.

43.     Google admits that it has digitized books and periodicals so that users can search their text online, and that some of those books and periodicals were submitted to Google by their publishers for hosting.  Google denies the remaining allegations of this paragraph.

## CLASS ACTION ALLEGATIONS

44.     This paragraph consists of legal conclusions to which no response is required.  To the extent a response is deemed required, Google denies the allegations of this paragraph.

45.     This paragraph purports to establish a defined term, to which no response is required.  To the extent a response is deemed required, Google denies the allegations of this paragraph.

46.     This paragraph purports to establish a defined term, to which no response is required.  To the extent a response is deemed required, Google denies the allegations of this paragraph.

47.     This paragraph purports to establish a defined term, to which no response is required.  To the extent a response is deemed required, Google denies the allegations of this paragraph.

48.     This paragraph purports to establish a defined term, to which no response is required.  To the extent a response is deemed required, Google denies the allegations of this paragraph.

49.     This paragraph purports to establish a defined term, to which no response is required.  To the extent a response is deemed required, Google denies the allegations of this paragraph.

50.     Google denies the allegations of this paragraph.

51.     Google denies the allegations of this paragraph.

52.     Google denies the allegations of this paragraph.

53.     Google denies the allegations of this paragraph.

54.     Google denies the allegations of this paragraph.

55.     Google denies the allegations of this paragraph.

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

56.     Google admits that it operates a large Internet search engine, and that it receives revenue from advertising.

57.     Google admits that it has entered into agreements with several libraries (including those of the Universities of Michigan, Wisconsin, and California and Stanford University) to digitally scan and create a searchable index of the words in many books in their collections, and that it will retain a digital scan of such books.  Google denies the remaining allegations of this paragraph.

58.     Google admits that, through the Google Books Partner Program and related programs, publishers may request that Google host their books.  Google denies the remaining allegations of this paragraph.

59.     Google admits that, through the Google Books Partner Program and related programs, publishers may request that Google host their periodicals.  Google denies the remaining allegations of this paragraph.

60.     Google admits that it has scanned over twelve million books.  Google denies the remaining allegations of this paragraph.

61.     Google denies the allegations of this paragraph.

62.     Google is without knowledge or information sufficient to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them.  Google denies the remaining allegations of this paragraph.

63.     Google denies the allegations of this paragraph.

64.     Google denies the allegations of this paragraph.

65.     Google denies the allegations of this paragraph.

66.     Google denies the allegations of this paragraph.

67.     Google denies the allegations of this paragraph.

## CAUSES OF ACTION

### COUNT ONE

**Copyright Infringement, 17 U.S.C. § 501**
**(By Individual Plaintiffs and Certain Class Members Only)**

68.     This paragraph consists of an incorporation by reference, which no response is required.  To the extent a response is deemed required, Google denies the allegations of this paragraph.

69.     Google is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

70.     Google is without knowledge or information sufficient to admit or deny the allegations of the first sentence of this paragraph, and on that basis denies them.  Google denies the remaining allegations of this paragraph.

71.     Google denies the allegations of this paragraph.

72.     Google denies the allegations of this paragraph.

73.     Google denies the allegations of this paragraph.

### COUNT TWO

**Injunction**
**(By All Plaintiffs)**

74.     This paragraph consists of an incorporation by reference, which no response is required.  To the extent a response is deemed required, Google denies the allegations of this paragraph.

75.     Google denies the allegations of this paragraph.

76.     Google denies the allegations of this paragraph.

77.     Google denies the allegations of this paragraph.

78.     Google denies the allegations of this paragraph.

79.     Google denies the allegations of this paragraph.

80.     Google denies the allegations of this paragraph.

81.     Google denies the allegations of this paragraph.

82.     Google denies the allegations of this paragraph.

## COUNT THREE

### Declaratory Judgment
### (By All Plaintiffs)

83.     This paragraph consists of an incorporation by reference, which no response is required.  To the extent a response is deemed required, Google denies the allegations of this paragraph.

84.     Google denies the allegations of this paragraph.

85.     Google denies the allegations of this paragraph.

## PRAYER FOR RELIEF

86.     Google denies that Plaintiffs are entitled to the requested relief, or to any relief whatsoever.

## JURY DEMAND

87.     Google demands a trial by jury in this action on all issues so triable.

**<u>DEFENSES</u>**

**FIRST DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

The Court lacks jurisdiction over the subject matter of this action because Plaintiffs lack

statutory and Article III standing to bring this action.

**THIRD DEFENSE**

Plaintiffs' claims and/or the remedies sought are barred by the First Amendment to the

United States Constitution.

**FOURTH DEFENSE**

Plaintiffs' claims are unsuitable for class treatment pursuant to Federal Rule of Civil

Procedure 23.

**FIFTH DEFENSE**

Google's use of and activities with respect to books and periodicals that are subject to

copyright are subject to one or more of the limitations on 17 U.S.C. § 106 set forth in 17 U.S.C.

§§ 107-122.

**SIXTH DEFENSE**

Some or all of the Plaintiffs' claims are barred or subject to dismissal for failure to comply

with renewal, notice, and registration requirements, and with other necessary formalities.

**SEVENTH DEFENSE**

Some or all of the copyrights on which Plaintiffs rely have been forfeited or abandoned.

**EIGHTH DEFENSE**

Some or all of Plaintiffs' works or portions thereof are not original.

**NINTH DEFENSE**

Some or all of Plaintiffs' works or portions thereof are in the public domain.

## TENTH DEFENSE

Some or all of Plaintiffs' claims are barred by the merger doctrine.

## ELEVENTH DEFENSE

Some or all of Plaintiffs' works or portions thereof constitute unprotectable ideas,

procedures, processes, systems, methods of operation, concepts, principles, or discoveries.

## TWELFTH DEFENSE

Some or all of Plaintiffs' works or portions thereof constitute scenes a faire.

## THIRTEENTH DEFENSE

Some or all of Plaintiffs' claims are barred because Plaintiffs have engaged in copyright

misuse and have unclean hands.

## FOURTEENTH DEFENSE

Some or all of Plaintiffs' claims or some or all of the relief sought for such claims are barred

by the doctrines of waiver, estoppel, laches, or acquiescence, or by the applicable statute of

limitations.

## FIFTEENTH DEFENSE

Google has a license to scan, copy, and/or display some or all of Plaintiffs' works or portions

thereof.

## SIXTEENTH DEFENSE

Some or all of Plaintiffs' claims are barred because Plaintiffs do not own the asserted

exclusive rights for some or all of the works.

WHEREFORE, Defendant Google Inc. respectfully prays the Court as follows:

1.      That the Court dismiss the Complaint;

1.      That the Court deny certification of the proposed class;

2.      That Plaintiffs recover nothing of Google;

3.      That the Court deny Plaintiffs' request for injunctive and declaratory relief;

4.      That the costs of this action, including reasonable attorneys' fees, be taxed against

Plaintiffs pursuant to 17 U.S.C. § 505 or other applicable law; and

5.      That the Court grant Google such other and further relief as the Court deems just

and proper.

Dated:  June 14, 2012                                        Respectfully submitted,


By:      /s/ Joseph C. Gratz
_____
          DARALYN J. DURIE (*pro hac vice*)
          ddurie@durietangri.com
          JOSEPH C. GRATZ (*pro hac vice*)
          jgratz@durietangri.com
          DAVID McGOWAN (*Pro Hac Vice*)
          dmcgowan@durietangri.com
          GENEVIEVE P. ROSLOFF (*Pro Hac Vice*)
          grosloff@durietangri.com

          DURIE TANGRI LLP
          217 Leidesdorff Street
          San Francisco, CA  94111
          Telephone:  415-362-6666
          Facsimile:  415-236-6300

          Attorneys for Defendant Google Inc.