# EXHIBIT A

Oxford University Press, 1994.
Pfister, Steven. *How the Undersea* New York:
Norton, 1997.

### Cohen, Stanley N. (1935–)

The biochemists Stanley N. Cohen and Herbert Boyer (1936–) developed the techniques that genetic engineering are based upon. Stanley N. Cohen was born in Perth Amboy, New Jersey, and received his bachelor's degree from Rutgers University and a doctorate

tist to form a company called Genentech to exploit this new technology. Cohen has continued working at Stanford, increasing our knowledge about plasmid biology. He has received many awards, including the National Medal of Science in 1988. Cohen married in 1961 and has two children.

*See also Biotechnology; Boyer, Herbert; Crick, Francis; Genetics; Watson, James D.*
**References**
Hall, Stephen S. *Invisible Frontier: The Race to Synthesize a Human Gene.* New York: Atlantic Monthly, 1987.

Cold Fusion    57

### Cold Fusion

On March 23, 1989, the chemists Stanley Pons (1943–) and Martin Fleischmann (1927–) held a press conference with officials at the University of Utah where they announced that a simple laboratory experiment had created excess heat that could only be explained by a process of fusion occurring at room temperatures (thus the term *cold fusion*). Fleischmann was a respected senior electrochemist from England and a Fellow of the Royal Society. Normally the results of such an experiment would be presented at a scientific meeting or published in a scientific journal. Pons, Fleischmann, and university officials chose such an unorthodox method because another scientist, the physicist Steven E. Jones (1949–) at the nearby Brigham Young University, was also engaged in the same research. Whoever claimed priority on such a breakthrough technology stood to earn billions of dollars from a source



*A cold fusion experiment (Roger Ressmeyer / Corbis)*

# EXHIBIT B



PISTOL

THE LIFE OF
PETE
MARAVICH

MARK KRIEGEL
AUTHOR OF NAMATH

# EXHIBIT C



# EXHIBIT D



## San Francisco: city by the bay



**Morton Beebe, Herb Caen, Alan Magary, Ann Seymour**

★★★★★ 1 Review

Harry N. Abrams, 2002 - 238 pages

Unparalleled in scope and intimacy, Morton Beebe's beautiful photographic excursion a contains more than 200 full-color pictures of favorite sights in and around the City by the San Franciscans capture the vitality and allure of this diverse and fascinating city. Now i classic has been substantially revised and expanded -- with 90 new color photos and th **More »**

## What people are saying - Write a review

**Review: San Francisco: City by the Bay (3rd Edition)**
User Review ★★★★★ - melissa - Goodreads
Another one that I have the older version of, I like to mentally walk through the city whilst browsing these fine i for spare change just so it feels more realistic. Read full review

## Related books


**San Francisco**
Morton Beebe, Christina


**The customer revolution**
Patricia B. Seybold, Jeffr


**Customers.com**
Patricia B. Seybold, Ron


**Katsuhiro Otomo's mem**
Katsuhiro Otomo

# EXHIBIT E



BEEBE00014514

# EXHIBIT F



FIGURE 11.1

# EXHIBIT G



JUSTICE RUTH BADER GINSBURG

# EXHIBIT H



# EXHIBIT I



# EXHIBIT J



# EXHIBIT K

