UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

AMERICAN SOCIETY OF MEDIA
PHOTOGRAPHERS, INC. et al.,

           Plaintiffs,

    - against -

GOOGLE, INC.,

           Defendant.

- - - - - - - - - - - - - - - - - -x

<u>ORDER</u>

10 Civ. 2977 (DC)

**CHIN, Circuit Judge**

    The Court has received the parties' letters dated August 15, 2013, August 21, 2013, and August 22, 2013 addressing the issue of Defendant's purported withholding of relevant documents. The Court has reviewed the letters. The Court will hold a conference to discuss the matter on Thursday, September 12, 2013 at 10 a.m.

    Defendant shall provide the relevant pages of the privilege log to the Court forthwith.

    SO ORDERED.

Dated:    New York, New York
           August 28, 2013

DENNY CHIN
United States Circuit Judge
Sitting by Designation