Mark A. Berube
Vincent Filardo, Jr.
Elizabeth M. Rotenberg-Schwartz
MISHCON DE REYA NEW YORK LLP
750 Seventh Avenue, 26th Floor
New York, NY 10019
Telephone: (212) 612-3270
Facsimile:  (212) 612-3297

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

THE AMERICAN SOCIETY OF MEDIA
PHOTOGRAPHERS, INC., GRAPHIC ARTISTS
GUILD, PICTURE ARCHIVE COUNCIL OF
AMERICA, INC., NORTH AMERICAN NATURE
PHOTOGRAPHY ASSOCIATION, PROFESSIONAL
PHOTOGRAPHERS OF AMERICA, NATIONAL
PRESS PHOTOGRAPHERS ASSOCIATION,
AMERICAN PHOTOGRAPHIC ARTISTS, LEIF
SKOOGFORS, AL SATTERWHITE, MORTON BEEBE,
ED KASHI, JOHN SCHMELZER, SIMMS TABACK
AND GAIL KUENSTLER TABACK LIVING TRUST,
LELAND BOBBE, JOHN FRANCIS FICARA, and
DAVID W. MOSER, on behalf of themselves and all
others similarly situated,

                                      Plaintiffs,

              -against-

GOOGLE, INC.,

                                    Defendant.

----------------------------------------------------------------------x

Case No. 10-CV-02977 (DC)
ECF Case

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and among, on the one hand, The American Society of Media Photographers, Inc., Graphic Artists Guild, Picture Archive Council of America, Inc., North American Nature Photography Association, Professional Photographers of America, National Press Photographers Association, American Photographic Artists, Leif Skoogfors, Al Satterwhite, Morton Beebe, Ed Kashi, John Schmelzer, Simms Taback and Gail Kuenstler Taback Living Trust, Leland Bobbé, John Francis Ficara, and David W. Moser (collectively, the "Plaintiffs"), and, on the other hand, defendant Google Inc. ("Google"), by their undersigned counsel, as follows:

1. Any and all claims asserted herein by the Plaintiffs are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. This dismissal shall be without costs or fees.

3. This stipulation may be filed without further notice with the Clerk of the Court.

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

STIPULATED TO BY:

Dated: September 4, 2014
      New York, New York

THE AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS, INC., GRAPHIC ARTISTS GUILD, PICTURE ARCHIVE COUNCIL OF AMERICA, INC., NORTH AMERICAN NATURE PHOTOGRAPHY ASSOCIATION, PROFESSIONAL PHOTOGRAPHERS OF AMERICA, NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION, AMERICAN PHOTOGRAPHIC ARTISTS, LEIF SKOOGFORS, AL SATTERWHITE, MORTON BEEBE, ED KASHI, JOHN SCHMELZER, SIMMS TABACK AND GAIL KUENSTLER TABACK LIVING TRUST, LELAND BOBBE, JOHN FRANCIS FICARA, and DAVID W. MOSER

By their attorneys,

Mark A. Berube
Vincent Filardo, Jr.
Elizabeth M. Rotenberg-Schwartz
MISHCON DE REYA NEW YORK LLP
750 Seventh Avenue, 26th Floor
New York, NY 10019
Telephone: (212) 612-3270
Facsimile: (212) 612-3297

Dated: September 4, 2014
      San Francisco, California

GOOGLE INC.

By its attorneys,

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666 (phone)
(415) 236-6300 (fax)
ddurie@durietangri.com
jgratz@durietangri.com

3